IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DAVID C. BUCKALEW, et al., § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-315 |
| § | |
| CELANESE, LTD., et al., § | |
| § | |
| Defendants. § | |

## ORDER

This case arises from alleged violations of the Fair Labor Standards Act ("FLSA") and various state laws. Now before the Court is Plaintiffs' Motion for Immediate Relief, requesting that the Court remove Defendants' Exhibit R-1 to its Motion for Summary Judgment from the Court's electronic filing system because it publishes Plaintiff's social security numbers and home addresses, making them available to the general public. For the reasons stated below, Plaintiff's Motion is emphatically **GRANTED**, and Defendants are admonished that similar mistakes in the future will be met with severe sanctions.[1]

On April 21, 2006, Defendants filed their Motion for Summary Judgment. On May 11, 2006, Plaintiffs filed their Response, and also requested immediate relief asking the Court to strike Defendants' Motion for Summary Judgment and/or remove Defendants' Exhibit R-1 to that Motion from the Court's electronic filing system because it contained personal identifying information of

---

[1] The Court does not consider this Order worthy of publication. Accordingly, it has not requested and does not authorize publication.

1

Plaintiffs in direct violation of General Order No. 2004-11 of the United States District Court for the Southern District of Texas. General Order No. 2004-11 provides in relevant part:

> In order to promote electronic access to case files while also protecting personal privacy and other legitimate interests, it is ORDERED that **parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all pleadings filed with the court**, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court: (a.) **Social Security Numbers**. If an individual's social security number must be included in a pleading, only the last four digits of that number should be used...(e.) **Home addresses**. If a home address must be included only the city and state should be listed.

(emphasis added). Defendants failed to redact both Plaintiffs' social security numbers and their home addresses from Plaintiffs' earnings statements contained in Exhibit R-1. This conduct is simply inexcusable. General Order No. 2004-11 became effective on October 19, 2004, and Defense Counsel has had more than adequate notice of its requirements. In these days of identity theft and security concerns on the Internet, to place personal identifying information in a public forum such as the Court's electronic filing system displays the height of carelessness and disrespect for opposing Parties, and it borders on vindictiveness. Such conduct is unacceptable.[2] And let there be no doubt: Defense Counsel is on notice that should a similar error occur in the future in this Court, or in any other Court within the Southern District of Texas, that conduct will be met with the most severe sanctions.

The Court hereby **ORDERS** the Clerk's Office to remove the electronic image of Defendants' Exhibit R-1 to their Motion for Summary Judgment in its entirety from the Court's CM/ECF Document Filing System. A hard copy of that exhibit will be made and filed under seal with the

---

[2] The Court is certain that Defense Counsel would not wish for *its* personal identifying information to be made public on the Internet.

Clerk's Office.  It will be available to the Parties in this lawsuit, but it will no longer be a part of the public record.

**IT IS SO ORDERED.**

**DONE** this 18th day of May, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge